

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Billie Dean,                              * Original Mandamus Proceeding

No. 11-20-00135-CV                      * October 22, 2020

                                                     * Memorandum Opinion by Bailey, C.J.
                                                        (Panel consists of: Bailey, C.J.,
                                                        Stretcher, J., and Wright, S.C.J.,
                                                        sitting by assignment)
                                                        (Willson, J., not participating)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be dismissed. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.